James C. Kelsey, appellee, v. Florraine W. Kelsey, appellant. Gen. No. 39,773.

Opinion filed February 28, 1938.
 Elliodor M. Libonati, for appellant; Abraham Miller, of counsel. Teed, Kammermann & Johnson, for appellee; Hugh E. Johnson, of counsel.
 Mr. Justice Matchett delivered the opinion of the court.

I. Sidney Neiman, appellee, v. Templeton, Kenly and Company, Ltd. et al., appellants. Gen. No. 39,827.

Opinion filed February 28, 1938.
 Charles E. Loy, for appellants. Jacobson, Merrick, Nierman & Silbert, for appellee; David Silbert and Arthur Altschul, of counsel.
 Per Curiam.

Julius A. Bisno, appellant, v. Benjamin J. Broxton, appellee. Gen. No. 39,565.

Opinion filed March 11, 1938.
 Reuben S. Flacks and William L. Flacks, for appellant; Reuben S. Flacks, of counsel. Bernard W. Vinissky, for appellee.
 Mr. Presiding Justice Friend delivered the opinion of the court.

W. J. Pine, appellee, v. Joseph Weidenhoff, Inc., appellant. Gen. No. 39,574.

Opinion filed March 11, 1938. Rehearing denied March 30, 1938.
 Pomeroy & Colitz, for appellant; Paul F. Pomeroy and Patrick B. Prescott, Jr., of counsel. Young, Pares & Peterson, for appellee; Thomas J. Young, of counsel.
 Mr. Presiding Justice Friend delivered the opinion of the court.